**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JIMMY DEWAYNE MAY**                                                    **PETITIONER**
**ADC #163080**

**v.**                              **CASE NO. 5:18-CV-00053 BSM**

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**                              **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 41] is adopted, and Jimmy May's petition [Doc. No. 2] is dismissed with prejudice. A certificate of appealability will not issue.

IT IS SO ORDERED this 10th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE